**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION AND STATEMENT OF REASONS**

Case Name:   US vs JEREMIAH YOUNG
Case Number: 03-20063-01

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on <u>August 18, 2005.</u>
                              (Date)

                    Received by:

                    s/Jane Newlin
                    _____
                    U.S. Probation Office