

JOHN M. WATERS
CLERK OF COURT

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
**218 U.S. COURTHOUSE**
**201 S. VINE STREET**
**URBANA, ILLINOIS 61802**

August 25, 2005

Jermiah Young
Reg. No. 14083-026
P O Box 5000
Pekin, IL 61555-5000

Re:   Copy Request, Case No. 03-20063

Dear Mr. Young:

We are in receipt of the attached request for copies of documents related to your case.  The documents you requested in items 1 through 4 are not contained in the court's file. Your request for a copy of the sentencing transcript, item 5, has been forwarded to the court reporter.

Sincerely,

JOHN M. WATERS
CLERK, U. S. DISTRICT COURT

:slp

cc: LC
Attachment

August 22, 2005

Office of The Clerk
United States District Court
201 S. Vine Street, Room 218
Urbana, IL 61802

**RE: The cost for the acquisition of legal documents**

Dear Sir:

I will appreciate it very much if you will let me know how much it will cost for me to get copies of the following documents that pertains to my case:

1. The affidavit that was used to obtain the Search Warrant for the residence that I was arrested in.

2. All the Discovery material in relation to this case (03-20063-001).

3. A copy of the Miranda Warning that I signed.

4. A copy of the Police Report that was made in regards to my arrest.

5. The Sentencing Transcripts for this case (03-20063-001).

Thank you very much for your assistance on the requested matter.

Respectfully yours,

Jeremiah Young
Reg. No. 14083-026
Post Office Box 5000
Pekin, IL 61555-5000

RECEIVED
AUG 25 2005
U.S. CLERK'S OFFICE
URBANA, IL