February 4, 2008

Jeremiah Young
Register No: 14083-026
Federal Prison Camp
P.O. Box 1000
Leavenworth, KS  66048

Clerk
U.S. District Court
218 U.S. Courthouse
201 S. Vine St.
Urbana, IL  61802

FILED

FEB - 6 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: <u>United States -vs- Jeremiah Young</u>
    <u>03-20063-001</u>

Dear Honorable Clerk:

Pursuant to the crack cocaine Amendment effective November 1, 2007, I'M writing this office to inquire about representation in regards to the retroactive change to the crack cocaine sentencing guidelines. I have a crack cocaine offense, and was sentenced in this district, but I can't afford legal representation. All of the relevant information of my financial status are enclosed with this letter. Please inform me of your decision in my case. Thank you for your time and consideration in this matter.

Sincerely,

Jeremiah Young

JY/dcb

attachment

# FINANCIAL AFFIDAVIT

CJA 23  
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States V.S. Jeremiah Young

FOR: Central District of Illinois  
AT: Urbana Division

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name):

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other  18 U.S.C. §3582(c)(2)

DOCKET NUMBERS  
Magistrate:  
District Court: 03-20063-001  
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 841(A)§(B)(1)(A)(iii)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed  
Name and address of employer: Orderly (Prison employment)  
IF YES, how much do you earn per month? $ 9-12 (aprox.)  
IF NO, give month and year of last employment. How much did you earn per month? $  
If married is your Spouse employed? ☐ Yes ☐ No  
IF YES, how much does your Spouse earn per month? $  
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes ☒ No  
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  
RECEIVED $  SOURCES

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No  
IF YES, GIVE THE VALUE AND $ DESCRIBE IT  
VALUE  DESCRIPTION

**DEPENDENTS**  
MARITAL STATUS:  
___ SINGLE  
___ MARRIED  
___ WIDOWED  
_X_ SEPARATED OR DIVORCED  
Total No. of Dependents: 4  
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | none | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **February 4, 2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Jeremiah Young* (signature)

Jeremiah Young