IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff.<br><br>v.<br><br>JEREMIAH YOUNG,<br><br>　　　Defendant. | No. 03cr20063<br>Hon. Michael P. McCuskey<br>United States District Judge,<br>Presiding |

**MOTION FOR 60-DAY EXTENSION OF TIME**

　　　NOW COMES court-appointed Counsel for Defendant, JEREMIAH YOUNG, Richard H. Parsons, Jonathan E. Hawley and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, pursuant to Fed. R. Crim. P. 45(b)(1)(A) and Local Rule 6.1, and respectfully requests this Honorable Court for an Order granting the Defendant's Attorneys a 60-day extension of time within which to file an Amended Petition or other appropriate Motion, and in support states as follows:

　　　1.　　Pursuant to Administrative Order 08-U-0005, this Court appointed the Federal Public Defender's Office to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

　　　2.　　Amended Administrative Order No. 08-U-005 paragraph 4 provided in part that Petitioners shall have 120 days from March 3, 2008, or from the date on which counsel was appointed, whichever is later, to file an amended Petition and that the Government shall have 30 days

1

thereafter to file its Response. The Defendant's amended Petition or Motion is therefore due for filing on July 1, 2008.

    3.    Undersigned Counsel needs more time to review Defendant's case and to further consult with Defendant.

    4.    Therefore, counsel respectfully requests an additional 60 days within which to review Defendant's case and to discuss the case with Defendant.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an Order granting the Defendant's Attorneys a 60-day extension of time within which to file an Amended Petition, or other appropriate Motion, up to and including August 31, 2008.

Respectfully Submitted,

JEREMIAH YOUNG, Defendant

RICHARD H. PARSONS
Federal Public Defender

JONATHAN E. HAWLEY
First Assistant FPD

BY:    s/ John Taylor

_____
JOHN TAYLOR
Assistant Federal Public Defender
Attorney for Defendant
300 Main Street
Urbana, Illinois 61801
Phone: (217) 373-0666
Fax: (217) 373-0667
E-mail: john_taylor@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Colin S. Bruce.

        s/ John Taylor

        _____
        JOHN TAYLOR
        Assistant Federal Public Defender
        Attorney for Defendant
        300 Main Street
        Urbana, Illinois 61801
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        E-mail: john_taylor@fd.org