E-FILED
Monday, 19 April, 2010  03:38:03 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| JEREMIAH YOUNG, | ) |
|       Plaintiff, | ) |
| v. | ) |
| | ) Case No. 03-20063 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Defendant. | ) |

## REPORT AND RECOMMENDATION

The Defendant appeared before the undersigned for hearing on a Petition for Warrant or Summons for Offender Under Supervision (#46). He was accompanied by counsel, Assistant Federal Public Defender John Taylor. The Court reviewed each of the subjects described in FED. R. CRIM. P. 32.1(b)(2).

Defendant admitted allegations 1(a) contained in the Petition Warrant or Summons for Offender Under Supervision (#46). The Court determined that the decision to admit was knowing and voluntary. The Defendant further acknowledged that his supervised release should be revoked. I therefore recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the supervised release be revoked and sentence imposed accordingly. The Government will dismiss the remaining allegations of the petition at sentencing.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTERED this 19th day of April, 2010.

                                                                      s/BYRON G. CUDMORE
                                                                       U.S. MAGISTRATE JUDGE