E-FILED
Tuesday, 11 May, 2010  03:49:19 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | |
| v.    ) | No.  03-20063 |
| JEREMIAH YOUNG,    ) | |
| Defendant.    ) | |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

On April 19, 2010, a Report and Recommendation (#47) was filed by United States Magistrate Judge Byron G. Cudmore in the above cause.  More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).

This court therefore approves the recommendation of the Magistrate Judge.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).  Accordingly, the defendant's supervised release is revoked and sentence will be imposed accordingly.  The sentencing hearing remains set for 9:00 a.m., on June 11, 2010.

ENTERED this 11th day of May, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE